IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00720-WDM-MJW

QFA ROYALTIES LLC, et al.,

    Plaintiffs,

v.

D&J INVESTORS CORPORATION, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    In accordance with the Notice of Settlement, the motion for temporary restraining order and motion for preliminary injunction are moot.

Dated:  May 25, 2006

                                      s/ Jane Trexler, Secretary/Deputy Clerk