IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00720-WDM-MJW

QFA ROYALTIES LLC, et al.,

    Plaintiffs,

v.

D&J INVESTORS CORPORATION, et al.,

    Defendants.
_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The court having been advised that the parties are working on settling this case, the renewed motion for preliminary injunction is denied as moot without prejudice to refile.

Dated: February 7, 2007

                                                s/ Jane Trexler, Secretary/Deputy Clerk