# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  06-cv-00720-WDM-MJW             FTR

**Date:** July 16, 2007                              Shelley Moore, Deputy Clerk

QFA ROYALTIES, LLC., ET AL.,                         Leonard H.  MacPhee

                Plaintiff(s),

v.

D&J INVESTORS CORPORATION, ET AL.,                   Gregory R. Stross

                Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**FINAL PRETRIAL CONFERENCE**

**Court in session 2:14 p.m.**

Court calls case.  Appearances of counsel.

2:16 p.m.      Mr. Stross makes additional statements concerning Defendants' Motion to Establish New Discovery Schedule (DN 43).

2:17 p.m.      Mr. MacPhee presents responsive argument on the motion.

Mr. Stross has no rebuttal argument.

**ORDERED:**    Defendants' Motion to Establish New Discovery Schedule (DN 43) is DENIED as outlined on the record.

The proposed Final Pretrial Order is reviewed.

**ORDERED:**    The Final Pretrial Order is approved and shall be filed as amended on the record.

**ORDERED:**    Plaintiffs shall provide to Defendants the discovery of Mr. Heller by July 23, 2007.

The parties may request a further settlement conference by motion.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.  Valid photo identification is required to enter the courthouse.

**Court in Recess 2:31 p.m.**
Total In-Court Time 0:16, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.