IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-00720-PAB-MJW

QFA ROYALTIES LLC, QIP HOLDER, LLC, and THE QUIZNOS CORPORATION,

    Plaintiffs,

v.

D&J INVESTORS CORPORATION, D&J INVESTORS GROUP, LC, and ANGIRA SHARMA,

    Defendants.
_____

**ORDER SETTING CASE FOR TRIAL**
_____

This matter has been scheduled for a four-day trial to the court on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **August 24, 2009 at 8:00 a.m.**

A Trial Preparation Conference is set for **August 7, 2009 at 1:30 p.m.** Lead counsel who will try the case shall attend in person unless a written motion for alternative appearance is granted by the Court.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    sequestration of witnesses;

    2)    timing of presentation of witnesses and evidence;

    3)    anticipated evidentiary issues;

    4)    any stipulations as to fact or law; and

    5)    any other issue affecting the duration or course of the trial.

DATED December 9, 2008.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge