IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00720-PAB-MJW

QFA ROYALTIES LLC, QIP HOLDER, LLC
and THE QUIZNOS CORPORATION,

      Plaintiffs,

v.

D&J INVESTORS CORPORATION, D&J INVESTORS
GROUP, LLC, and ANGIRA SHARMA,

      Defendants.

---

**ORDER GRANTING MOTION TO WITHDRAW FROM CONSIDERATION COHEN & ASSOCIATES, P.C.'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS PURSUANT TO D.C.COLO.LCivR 83.3(D) AND TO VACATE THE JULY 1, 2009 HEARING THEREON** (Docket No. 77)

---

The Court, having reviewed the above-referenced Motion, and being duly advised, hereby GRANTS the Motion. Cohen & Associates, P.C.'s Motion to Withdraw as Counsel for Defendants Pursuant to D.C.COLO.LCivR 83.3(D) (Docket No. 73) is hereby withdrawn from consideration, and the July 1, 2009 hearing is hereby VACATED.

DONE this 30TH day of June ~~2008~~ 2009

_/s/ Michael J. Watanabe_
~~U.S. District Court Judge~~

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**

1