# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   06-cv-00720-PAB-MJW           FTR - Courtroom A-502

**Date:**  August 11, 2009                           Courtroom Deputy, Ellen E. Miller

QFA ROYALTIES LLC, et al                             Leonard H. MacPhee
                                                     Michael A. Sink
        Plaintiff(s) / Counter Defendant(s),

v.

D&J INVESTORS GROUP, LC, et al                       Jeffrey Cohen

        Defendant(s) / Counter Claimant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   SETTLEMENT PLACED ON RECORD**
**Court in session:** 3:57 p.m.
Court calls case.  Appearances of counsel.  Also present is Plaintiff representative Carrie Bryan.  Also present by telephone is David Sharma, representative for defendant Angira Sharma.

The Settlement Agreement is reviewed and placed on the record.  The Court requests confirmation from all parties as to their understanding of and agreement with the terms as the Court has stated, and all participants indicate in the affirmative.

**It is ORDERED:**    The Settlement Agreement is approved

**It is ORDERED:**    A Stipulated Motion to Dismiss shall be submitted to the Court **on or before AUGUST 17, 2009.**   Plaintiff shall prepare the stipulated motion to dismiss.

**It is ORDERED:**    Defendant's attorney Daniel Bristol's MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS AS A RESULT OF LEAVING THE FIRM THAT REPRESENTS DEFENDANTS [Docket No. 81, Filed August 03, 2009] is **GRANTED.**

**It is ORDERED:**    Defendant Cohen & Associates, P.C.'s (Jeffrey Cohen) MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS PURSUANT TO D. C. COLO.LCivR 83.3 (D)  [Docket No. 85, Filed August 06, 2009] is **HELD IN ABEYANCE**.
Defendant may request ruling on this motion upon receipt of ruling on a motion to enter judgment.

Hearing concluded.
**Court in recess:**   4:05 p.m.
Total In-Court Time: 00:09

The Court spent a total of 2 hours and 4 minutes  preparing for and conducting this settlement conference and   placing the settlement agreement on the record.