IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00720-PAB-MJW

QFA ROYALTIES, et al.,

Plaintiff(s),

v.

D&J INVESTORS CORPORATION, et al.,

Defendant(s).

MINUTE ORDER

      It is hereby ORDERED that the Plaintiff's Unopposed Motion to Vacate Deadlines and Clarify Court's Minute Order (docket no 91) is GRANTED. The parties may file their Joint Motion for Entry of Judgment with the court and the Final Pretrial Conference set on August 18, 2009, is VACATED. The remainder of relief sought in this motion was addressed previously by Judge Brimmer.

Date: August 18, 2009