IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-00720-PAB-MJW

QFA ROYALTIES LLC, QIP HOLDER, LLC, and THE QUIZNOS CORPORATION,

    Plaintiffs,

v.

D&J INVESTORS CORPORATION, D&J INVESTORS GROUP, LC, and ANGIRA SHARMA,

    Defendants.

_____

**ORDER**
_____

    This matter is before the Court on the parties' Joint Motion for Entry of Judgment [Docket No. 98]. In their joint motion, the parties state that they have settled this matter and agreed upon the terms of a judgment to be entered against all defendants, jointly and severally. The Court finds that the joint motion states good cause for the entry of the parties' proposed judgment. Therefore, it is

    **ORDERED** that the joint motion for entry of judgment [Docket No. 98] is GRANTED. It is further

    **ORDERED** this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

    **ORDERED** that the Clerk of Court shall enter judgment in favor of plaintiffs QFA Royalties LLC, QIP Holder, LLC, and the Quiznos Corporation and against defendants

D&J Investors Corporation, D&J Investors Group, LC, and Angira Sharma, jointly and severally, in the amount of $1,050,000.00.

DATED August 21, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge